Dennis H. Black, CSB # 052229
Black, Chapman, Petersen & Stevens
221 Stewart Avenue, Suite 209
Medford, Oregon   97501
(541) 772-9850
(541) 779-7430 - FAX
litigation@blackchapman.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MILNER, | Case No.: 3:16-cv-04484-HSG |
| Plaintiff, | **ORDER GRANTING TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| DEAN WILSON and MARY WILSON, individually, doing business as Ocean World, and in their capacity as Trustees of the Wilson Family Trust, and DOES 1 through 4, | |
| Defendants. | |

IT IS HEREBY ORDERED that the motion is granted.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED this 22nd day of September, 2016.

_____
Honorable Haywood S. Gilliam, Jr.

ORDER GRANTING TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE - 1