1  Dennis H. Black, CSB # 052229
   Black, Chapman, Petersen & Stevens
2  221 Stewart Avenue, Suite 209
3  Medford, Oregon   97501
   (541) 772-9850
4  (541) 779-7430 - FAX
   litigation@blackchapman.com
5  Attorney for Plaintiff

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 | KAREN MILNER,                              | Case No.: 3:16-cv-04484-HSG
11 |     Plaintiff,                             | STIPULATION AND [PROPOSED] ORDER
                                                | SELECTING ADR PROCESS
12 | v.
13 | DEAN WILSON and MARY WILSON,
   | individually, doing business as Ocean World,
14 | and in their capacity as Trustees of the Wilson
   | Family Trust, and DOES 1 through 4,
15
   |     Defendants.
16

17 Counsel reports that they have met and conferred regarding ADR and have reached the following
18 stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the
   following ADR process:
19
        ☐    **Early Neutral Evaluation (ENE)** (ADR L.R. 5)      *Note: Magistrate judges do not
20                                                                conduct mediations under ADR
                                                                  L.R. 6. To request an early
21      √    **Mediation** (ADR L.R. 6)                           settlement conference with a
                                                                  Magistrate Judge, you must file a
22      ☐    **Private ADR** (*specify process and provider*)     Notice of Need for ADR Phone
                                                                  Conference. Do not use this form.
23 / / /                                                          See Civil Local Rule 16-8 and ADR

24
25 / / /

26 The parties agree to hold the ADR session by:

27      ☐    the presumptive deadline (*90 days from the date of the order referring the case to
             ADR, unless otherwise ordered.*)
28

√   other requested deadline: 180 days from the date of the order referring the case to ADR due to Plaintiff's medical status and need for discovery.

Date:                      /s/Dennis H. Black
                              Dennis H. Black
                              BLACK, CHAPMAN, PETERSEN & STEVENS
                              Attorneys for Plaintiff Karen Milner

Date:                      /s/ Stephen H. Fleischer-Ihn
                              Stephen H. Fleischer-Ihn
                              KRONENBERG LAW, P.C.
                              Attorneys for Defendants Dean Wilson and
                              Mary Wilson

Dated: 9/30/2016

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

APPROVED
*Haywood S. Gill Jr.*
Judge Haywood S. William Jr.