1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN MILNER,<br><br>     Plaintiffs,<br><br>v.<br><br>DEAN WILSON and MARY WILSON, individually, doing business as Ocean World, and in their capacity as Trustees of the Wilson Family Trust, and DOES 1 through 4,<br><br>     Defendants. | Case No.: 16-cv-04484-HSG<br><br>**ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom 10 |

The above case management deadlines are approved in this case and all parties shall comply with them. In addition, the Court makes the further orders stated below:

IT IS SO ORDERED except that the dispositve motion hearing will be held on June 29, 2017 at 2:00 p.m. and a pretrial conference will be held on August 29, 2017 at 3:00 p.m.

Date: November 16, 2016

_____
United States District Court Judge